NOVEMBER 9, 2000

No. 00–6114 (00A233). ANGEL FLORES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution. JUSTICE SOUTER and JUSTICE GINSBURG would grant the application for stay of execution and the petition for writ of certiorari, vacate the judgment, and remand the case for further consideration in light of *Williams* v. *Taylor,* 529 U. S. 362 (2000). JUSTICE BREYER would grant the application for stay of execution and the petition for writ of certiorari. 

NOVEMBER 13, 2000

No. 00–443. RISSMAN *v.* RISSMAN ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.1. 

No. 99–939. GOODSON *v.* UNITED STATES; and
No. 99–1393. GOODSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. The Court reversed the judgment below in *Cleveland* v. *United States, ante,* p. 12. Therefore, certiorari granted, and cases remanded for further proceedings. Reported below: 182 F. 3d 296.